Case 07-18474    Doc 65    Filed 11/24/09    Entered 11/24/09 15:50:11    Desc Main
                                Document          Page 1 of 9
Hearing Date: December 29, 2009
Hearing Time: 10:30 AM
Location: 219 S. Dearborn
         Courtroom 642
         Chicago IL

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 07-18474 |
| GALLOWAY, JOSEPHINE | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter _____ of the United States Bankruptcy Code on _____. The undersigned trustee was appointed on _____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor

   Leaving a balance on hand of                                          $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/JAY A. STEINBERG, TRUSTEE_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 07-18474   SPS   Judge: SUSAN PIERSON SONDERBY | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | GALLOWAY, JOSEPHINE | Date Filed (f) or Converted (c): | 10/08/07 (f) |
| | | 341(a) Meeting Date: | 11/13/07 |
| For Period Ending: | 07/13/09 | Claims Bar Date: | 05/05/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Sigle Family Home Located at 11548 S. LaSalle, Chi | 145,000.00 | 0.00 | | 0.00 | FA |
| 2. Single Family Home Located at 1357 112 th Street, | 195,000.00 | 0.00 | | 0.00 | FA |
| 3. Single Family Home Located at 9131 S. Racine, Chic | 100,000.00 | 0.00 | | 0.00 | FA |
| 4. Single Family Home Located at 11356 S. Throop, Chi | 140,000.00 | 92,000.00 | | 92,000.00 | FA |
| 5. Checking Account - Shore Bank | 100.00 | 0.00 | | 0.00 | FA |
| 6. Checking Account - Chase Bank | 200.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous Household Goods and Firnishings | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. Necessary Clothing and Wearing Apparel | 900.00 | 0.00 | | 0.00 | FA |
| 9. 2002 GMC Envoy | 8,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.21 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $590,400.00 | $92,000.00 | | $92,001.21 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pursuant to Court order January 14, 2009, Trustee sold the Estate's interest in the Throop Street real estate to the Estate's largest creditor

(Michael Miller) for $22,500 in cash to the Estate and $69,500 in settlement of Miller's claim against the Estate.  On account of the sale, Trustee

recovered net proceeds of $20,427.13 representing gross sale price of $92,000, less settlement of Miller's claim $69,500 and $2,072.87 for real estate

taxes on property.  Trustee reviewed claims and has prepared his final report to close the case.

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 12/31/09

LFORM1

UST Form 101-7-TFR (4/1/2009)  *(Page: 3)*

Ver: 14.31c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 07-18474 -SPS | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | GALLOWAY, JOSEPHINE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2359  BofA - Money Market Account |
| Taxpayer ID No: | *******8959 | | |
| For Period Ending: | 07/13/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/15/09 | 4 | First American Title Insurance Company | | | 20,427.13 | | 20,427.13 |
| | | 16325 S. Harlem Avenue, 1st Floor | | | | | |
| | | Tinely Park, IL 60477 | | | | | |
| | | FIRSTAM | Memo Amount:   92,000.00 | 1110-000 | | | |
| | | | Appraised value of real estate transferred to M. | | | | |
| | | | Miller pursuant to Court order January 14, 2009 | | | | |
| | | FIRST AMERICAN TITLE AS SETTLEMENT | Memo Amount:   ( 2,072.87 ) | 2820-000 | | | |
| | | | REAL ESTATE TAXES | | | | |
| | | MICHAEL MILLER | Memo Amount:   ( 69,500.00 ) | 4110-000 | | | |
| | | | Equity in Real Estate | | | | |
| | | | Retained in settlement of secured claim asserted by | | | | |
| | | | M. Miller per Court order 1/14/09 | | | | |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 20,427.31 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.52 | | 20,427.83 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 20,428.34 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 92,000.00 | Account *******2359 | Balance Forward | 0.00 |
| Memo Allocation Disbursements: | 71,572.87 | 1 Deposits | 20,427.13 | 0 Checks | 0.00 |
| | | 3 Interest Postings | 1.21 | 0 Adjustments Out | 0.00 |
| Memo Allocation Net: | 20,427.13 | | | 0 Transfers Out | 0.00 |
| | | Subtotal | $ 20,428.34 | | |
| | | | | Total | $ 0.00 |
| | | 0 Adjustments In | 0.00 | | |
| | | 0 Transfers In | 0.00 | | |
| | | Total | $ 20,428.34 | | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number: 07-18474
Debtor Name: GALLOWAY, JOSEPHINE

Page 1
Claim Class, Priority Sequence

Date: July 13, 2009

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3210-00 | Joseph Baldi & Associates<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $8,017.00 | $0.00 | $8,017.00 |
| 001 2100-00 | Jay A. Steinberg, Trustee<br>35 East Wacker Drive<br>Suite 1550<br>Chicago IL 60601 | Administrative | | $7,850.00 | $0.00 | $7,850.00 |
| 001 3410-00 | Popowcer & Katten, Ltd.<br>Attn: Lois West<br>35 East Wacker Drive #1550<br>Chicago IL 6601 | Administrative | | $1,096.50 | $0.00 | $1,096.50 |
| 001 3220-00 | Joseph A. Baldi & Associates<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $25.25 | $0.00 | $25.25 |
| | Subtotal for Class Administrative | | | $16,988.75 | $0.00 | $16,988.75 |
| 000001 070 7100-00 | Merrick Bank<br>c/o Weinstein and Riley, PS<br>PO Box 3978<br>seattle, WA 98124-3978 | Unsecured | | $2,133.84 | $0.00 | $2,133.84 |
| 000002 070 7100-00 | Recovery Mgmt Systems Corp<br>GEMB/Walmart<br>For GE Money Bank<br>dba WALMART<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $1,688.23 | $0.00 | $1,688.23 |
| 000003 070 7100-00 | RECOVERY MGMT SERVICES<br>CORP GEMB/JCP<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $2,891.31 | $0.00 | $2,891.31 |
| 000004 070 7100-00 | TARGET NATIONAL BANK<br>c/o WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $4,181.15 | $0.00 | $4,181.15 |
| 000005 070 7100-00 | Chase Bank USA, NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $185.37 | $0.00 | $185.37 |
| 000006 070 7100-00 | LVNV Funding LLC for WA MU<br>as assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $2,086.76 | $0.00 | $2,086.76 |
| 000007 070 7100-00 | LVNV Funding LLC for Citibank<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587 | Unsecured | | $332.71 | $0.00 | $332.71 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-18474 | | Page 2 | | | Date: July 13, 2009 |
| Debtor Name: | GALLOWAY, JOSEPHINE | | Claim Class, Priority Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Greenville, SC 29603-0587 | | | | | |
| 000008A 080 7200-00 | Michael Miller c/o Springer Brown Covey Gaertner & Davi Wheaton Executive Center 400 South County Farm Road Suite 330 Wheaton, IL 60187 | Unsecured | | $85,789.00 | $0.00 | $85,789.00 |
| 000009 080 7200-00 | eCAST Settle Corp assignee of HSBC HSBC Bank NA Direct Merchants Credit Card Bank NA POB 35480 Newark NJ 07193-5480 | Unsecured | (9-1) Credit Card Debt | $2,539.22 | $0.00 | $2,539.22 |
| | Subtotal for Class Unsecured | | | $101,827.59 | $0.00 | $101,827.59 |
| 000008B 050 4110-00 | Michael Miller c/o Springer Brown Covey Gaertner & Davi Wheaton Executive Center 400 South County Farm Road Suite 330 Wheaton, IL 60187 | Secured | Settled per sale order dated January 14, 2009; claim allowed and satisfied in the amount of $69,500 | $69,500.00 | $69,500.00 | $0.00 |
| | Subtotal for Class Secured | | | $69,500.00 | $69,500.00 | $0.00 |
| | Case Totals: | | | $188,316.34 | $69,500.00 | $118,816.34 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 07-18474
Case Name: GALLOWAY, JOSEPHINE
Trustee Name: JAY A. STEINBERG, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: JAY A. STEINBERG, TRUSTEE | $_____ | $_____ |
| Attorney for trustee: Joseph Baldi & Associates | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: Popowcer & Katten, Ltd. | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: Joseph A. Baldi & Associates | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000001* | *Merrick Bank* | $ | $ |
|  | *Recovery Mgmt Systems Corp* |  |  |
| *000002* | *GEMB/Walmart* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | RECOVERY MGMT SERVICES CORP GEMB/JCP | $ | $ |
| 000004 | TARGET NATIONAL BANK | $ | $ |
| 000005 | Chase Bank USA, NA | $ | $ |
| 000006 | LVNV Funding LLC for WAMU | $ | $ |
| 000007 | LVNV Funding LLC for Citibank | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000008A | Michael Miller | $ | $ |
| 000009 | eCAST Settle Corp assignee of HSBC | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $         .