UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 |
| ) | Case No. 07-18474 |
| Josephine Galloway, ) | Hon. Susan Pierson Sonderby |
| ) | Date:  December 29, 2009 |
| Debtor. ) | Time:  10:30 AM |

**Trustee's First and Final Application for Allowance and Payment of Compensation of Popowcer Katten, Ltd., Accountants for Trustee**

Jay A. Steinberg, as trustee ("Trustee") of the estate ("Estate") of Josephine Galloway, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to Popowcer Katten, Ltd. ("Popowcer") of $1,096.50 as compensation for professional services rendered to the Trustee from February 4, 2009 through the close of this case.  In support thereof, Trustee respectfully states as follows:

### Introduction

1. This case was commenced on October 8, 2007 by the filing of a voluntary petition under chapter 7 of the Code.

2. Jay A. Steinberg is the duly appointed, qualified and acting chapter 7 trustee in the case.

3. The bar date for filing claims in this case was May 5, 2008.

### Retention of Popowcer

4. On February 4, 2009, this Court authorized the Trustee to employ Popowcer as his accountants in this case.  A copy of the retention order is attached hereto as Exhibit A.

### Prior Compensation Received

5. This is the first and final application for compensation that Popowcer will file in this case.

## Services Rendered by Popowcer

6. The services rendered by Popowcer in this case relate to its preparation of Estate tax returns. In connection with the preparation of the fiduciary tax returns, Popowcer prepared all necessary working papers, supporting schedules and requests for prompt determination in accordance with Section 505(b) of the Code. A copy of Popowcer's invoice detailing its services rendered is attached as Exhibit B.

7. All of the services performed by Popowcer were required for proper representation of the Trustee in this case, were authorized by this Court and were performed and incurred by Popowcer at the request and direction of the Trustee.

## Payment of Compensation

8. Popowcer has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by Popowcer for services rendered as accountants to the Trustee in connection with this case.

9. Popowcer has not previously received payment of any compensation for services rendered incurred in connection with this case. The affidavit of Lois West in support of this Application is attached as Exhibit C.

10. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

## Status of the Case

11. Trustee has administered all of the assets belonging to this Estate and has completed his review and analysis of the claims filed against the Estate.

12. Trustee has completed and filed his TFR simultaneously herewith. Final fee applications for the Trustee and the Trustee's Attorneys have also been filed concurrently with this Application.

**Financial Condition of the Case**

13.     Trustee currently has approximately $20,400.00 on deposit in the Estate's bank accounts. The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with his final fee application, 2) the fees and expenses allowed to Popowcer in connection with this final fee application, 3) the fees allowed to Baldi & Associates in connection with its final fee application as counsel to the Trustee, and 4) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

14.     Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be sufficient funds available to make a distribution to general unsecured creditors.

WHEREFORE, Jay A. Steinberg, as trustee of the Estate of Josephine Galloway, debtor, requests the entry of an order allowing to Popowcer final compensation in the amount of $1,096.50 for actual and necessary professional services rendered as accountants to the Trustee from February 4, 2009 through the close of this case and for such other and further relief as this Court deems appropriate.

Dated: July 10, 2009

                                        /s/ Jay A. Steinberg, as trustee
                                        Jay A. Steinberg, Trustee
                                        35 East Wacker Drive #1550
                                        Chicago, IL  60601

**Popowcer Katten**  
**Final Fee Application**

Josephine Galloway  
Case No. 07-18474

Retention Order

Exhibit A

Case 07-18474    Doc 68    Filed 11/24/09    Entered 11/24/09 16:09:55    Desc Main
Case 07-18474    Doc 61    Filed 02/04/09    Entered 02/06/09 08:09:39    Desc Main
           Document      Page 5 of 10
           Document      Page 1 of 1

07-18474:60.1:Application to Employ:Proposed Order Entered: 1/27/2009 11:07:42 AM by:Elizabeth Berg Page 1 of 1

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 07-18474 |
| Josephine Galloway, | ) | Hon. Susan Pierson Sonderby |
| | ) | Hearing Date: February 4, 2009 |
| Debtor. | ) | Time: 10:00 a.m. |

### Order Authorizing Trustee to Employ Accountants

THIS MATTER coming on to be heard upon the Trustee's Application to Employ Accountants and the supporting affidavit of Lois West; due notice having been given; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Jay A. Steinberg, as trustee of the estate of Josephine Galloway, debtor, is authorized to employ Lois West and the accounting firm of Popowcer Katten, Ltd. as accountants for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court upon proper application.

Dated: February 4, 2009            ENTER:

                                   Honorable Susan Pierson Sonderby
                                   United States Bankruptcy Judge

Joseph A. Baldi
Attorney ID No. 00100145
Elizabeth C. Berg
Attorney ID No. 6200886
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street   Suite 1500
Chicago, IL  60603
(312) 726-8150

**Billing Statements**

**Exhibit B**



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

Invoice No. 23358
35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2207
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of Josephine Galloway (07 B 18474)
- c/o Jay Steinberg, Trustee
- 35 E. Wacker Drive, Suite 1550
- Chicago, IL 60601

Date: July 13, 2009                    Account No.: STZ78574L

For Professional Services Rendered:

For accounting and tax services rendered for the period July 1, 2009 through July 10, 2009 including preparation of fiduciary income tax returns for the final period ended 6/30/09 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|         | Title                 | Hours | Rate   | Amount     |
|---------|-----------------------|-------|--------|------------|
| L. West | Bankruptcy Specialist | 5.1   | $215.  | $ 1,096.50 |
|         | Total Due:            | 5.1   |        | $ 1,096.50 |

ESTATE OF JOSEPHINE GALLOWAY (07 B 18474)

Time Sort by Date

**TAX RETURN PREPARATION**

| Date | Description | Hours | Name |
|---|---|---|---|
| 7/1/2009 | Tax Return Preparation - Phone call with L. Berg re: terms of settlement / sale of interest in debtor's house. Review file to determine if return is required. | 0.5 | L. West |
| 7/2/2009 | Tax Return Preparation - Preparation of workpapers and federal and state fiduciary returns for the final period ended 6/30/09. Review motion to sell interest in property - calculate loss on sale. | 2.9 | L. West |
| 7/6/2009 | Tax Return Preparation - Finalize returns for 6/30/09. Prepare 505(b) letters, transmittal letters and forms 8821 and IL-2848. Make manual changes as required. | 1.4 | L. West |
| 7/10/2009 | Tax Review - Final review - check assembly and sign fiduciary returns for the final period ended 6/30/09. | 0.3 | L. West |

Total hours  **5.1**

1

Rule 2016 Affidavit

Exhibit C

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 07-18474 |
| Josephine Galloway, | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| Debtor. | ) | |

**Rule 2016 Affidavit**

| | |
|---|---|
| State of Illinois | ) |
| County of Cook | ) |

I, Lois West, being first duly sworn upon oath, do depose and state as follows:

1. I am a certified public accountant licensed by the State of Illinois and a manager in the Corporate Recovery Services department at the accounting firm of Popowcer Katten, Ltd. The matters set forth herein are true and correct to the best of my knowledge and belief.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Popowcer Katten, Ltd., Accountants for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Popowcer Katten, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. Popowcer Katten, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Popowcer Katten, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Popowcer Katten, Ltd.

4. Further affiant sayeth naught.

_Lois West_
Lois West

Subscribed and Sworn to before me
this 13th day of July, 2009

_Judith A. Hughes_
Notary Public

JUDITH A HUGHES
MY COMMISSION EXPIRES
MAY 27, 2012