UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 07-18474 |
| Josephine Galloway | ) | Hon. Susan Pierson Sonderby |
| | ) | Date:  December 29, 2009 |
| Debtor. | ) | Time:  10:30 AM |

**Application for Allowance and Payment of
Final Compensation and Expense Reimbursement of
Joseph A. Baldi & Associates, Attorneys for Trustee**

Joseph A. Baldi & Associates, P.C. ("Baldi & Associates"), attorneys for Jay A. Steinberg, as trustee ("Trustee") of the estate ("Estate") of Josephine Galloway, Debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to Baldi & Associates of 1)  $8,017.00  as final compensation 23.90 hours of legal services rendered and 2) $25.25 in expense reimbursement for costs incurred on behalf of the Trustee from May 20, 2008 through the close of this case.   In support thereof, Baldi & Associates respectfully states as follows:

**Introduction**

1.     Debtor commenced this case on October 8, 2007 by filing a voluntary petition for relief under chapter 7 of the Code.

2.     Jay A. Steinberg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.     The sole asset of value to the Estate and administered by Trustee in this case was the Debtor's interest in the real property commonly known as 11356 South Throop Street, Chicago, Illinois ("Property")

4.     The bar date for filing claims in this case was May 5, 2008.

## Retention of Baldi & Associates

5.      On May 28, 2008, the Court entered an order authorizing Trustee to employ Joseph A. Baldi and the law firm of Baldi & Associates as his counsel in this case. A copy of the order authorizing Trustee to retain Baldi & Associates is attached hereto as Exhibit A. Baldi & Associates has served as counsel for Trustee at all times since its retention.

6.      The professional qualifications and experience of the Baldi & Associates attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were primarily responsible for representing the Trustee during the period covered by this fee application are:

> Joseph A. Baldi -- Partner
> Donna B. Wallace – Associate
> Elizabeth C. Berg -- Associate/Paralegal[1]

## Prior Compensation and Expense Reimbursement Received

7.      This is the first and final application ("Application") for allowance and payment of compensation and expense reimbursement that Baldi & Associates will file in this case.

## Services Rendered by Baldi & Associates

8.      Itemized and detailed descriptions of the specific services rendered by Baldi & Associates to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each

---

[1]

Ms. Berg is both a licensed attorney at law and a certified and duly trained paralegal. She has performed services on behalf of Trustee in this case in both capacities. As previously disclosed in the Trustee's application to employ Baldi & Associates, Ms. Berg billed for her services as an attorney at the rate of $250/hour and at $160/hour for paralegal services for the period prior to April 1, 2009 (and at the rate of $275.00/hour and at $190/hour for paralegal services for the period after April 1, 2009). Ms. Berg maintains separate timekeeper numbers in order to distinguish her dual capacities and to bill her services at the appropriate rate.

service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal.

9.     The services provided by Baldi & Associates have been segregated into two categories and are summarized below:

9.1  Sale of Assets:  Baldi & Associates reviewed and analyzed the offer to purchase the Property from Michael Miller, the Estate's largest creditor; Miller held an unrecorded mortgage against the Property and Miller filed a claim against the Estate in the aggregate amount of $177,789.00 ("Miller Claim") asserting, in part, a secured claim in the amount of $92,000.00 and, in part, a general unsecured claim in the amount of $85,789.00; Baldi & Associates discussed the terms of the offer with the Trustee and advised the Trustee as to the possibility of avoiding the security interest and the potential settlement of the Miller Claim; Baldi & Associates represented the Trustee in negotiations seeking a sale of the Property and a resolution of the Miller Claim; upon agreement of the parties, Bald& Associates negotiated terms of settlement and sale; Baldi & Associates prepared and presented the Trustee's Motion to Sell; prepared transfer documents and oversaw the closing of the sale of the Property; Baldi & Associates prepared and filed the Trustee's Report of Sale.

In connection with the foregoing, Baldi & Associates spent 13.90 hours for which its requests allowance and payment of final compensation in the amount of $5,007.00.

9.2  General Administration:  Baldi & Associates advised the Trustee as to his duties under the Bankruptcy Code and with respect to the filing of the Trustee's Final Report; Baldi & Associates prepared and presented the Trustee's applications (1) to retain general counsel and (2) to retain accountants; Baldi & Associates prepared this final fee application and the final fee application for the Trustee's accountants.

In connection with the foregoing, Baldi & Associates spent 10.00 hours for which it requests allowance and payment of final compensation in the amount of $3,010.00.

## Compensation Requested

10.     Baldi & Associates has expended a total of 23.90 hours for the services described and categorized in paragraph nine above. The total value of and the amount of compensation requested herein for those services is $8,017.00.

11.     All of the services performed by Baldi & Associates were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Baldi & Associates at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of Baldi & Associates' services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by Baldi & Associates for which compensation is requested. In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12.     The rates charged by the attorneys and paralegals of Baldi & Associates in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

## Expense Reimbursement

13.     Baldi & Associates incurred actual and necessary expenses on behalf of the Trustee in the performance of the services rendered herein. The expenses were incurred in connection with the closing of the sale of the Property. An itemized list of the expenses incurred is detailed on the billing statements attached hereto as Exhibit C.

## Payment of Compensation and Expense Reimbursement

14.     Baldi & Associates has not entered into any agreement or understanding of

4

any kind, express or implied, with any other entity to share any compensation or expense reimbursement received or to be received by Baldi & Associates for services rendered or expenses incurred on behalf of the Trustee in connection with this case.

15.    Baldi & Associates has not previously received or been promised any payments for services rendered or expenses incurred in this case.

16.    The Affidavit of Joseph A Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Proc6dure is attached hereto as Exhibit D and made a part hereof.

17.    The proposed source for payment of the compensation and expense reimbursement requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

## Status of the Case

18.    The Trustee has administered all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

19.    Trustee has completed and filed his TFR simultaneously herewith. Final fee applications for the Trustee and the Trustee's accountants have also been filed concurrently with this Application.

## Trustee's Approval

20.    Baldi & Associates certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi & Associates, attorneys for Jay A. Steinberg, as trustee, requests the entry of an order:

A.    Awarding to Baldi & Associates final compensation of $8,017.00 for actual and necessary professional services rendered to the Trustee from May 20, 2008 through the closing of this case;

B.    Awarding to Baldi & Associates expense reimbursement in the amount of

5

$25.25 for actual expenses incurred on behalf of the Trustee in this case; and

    C.    For such other and further relief as this Court deems appropriate.

Dated:  July 10, 2009

Joseph A. Baldi & Associates, P.C.

Attorneys for Jay A. Steinberg, as trustee of the estate of Josephine Galloway, Debtor

By:_____ /s/ Joseph A. Baldi_____

Joseph A. Baldi/Atty ID 00100145
Elizabeth C. Berg/Atty ID 6200886
19 South LaSalle St.  Suite 1500
Chicago  IL  60603
312.726.8150

**Baldi & Associates**
**Final Fee Application**

**Josephine Galloway**
**Case No. 07-18474**

**Order of Retention**

**Exhibit A**

07-18474:51.1:Application to Employ:Proposed Order Entered: 5/20/2008 4:04:07 PM by:Donna Wallace Page 1 of 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 07-18474 |
| Josephine Galloway, | ) | Judge Sonderby |
| | ) | Hearing Date:  May 28, 2008 |
| Debtor. | ) | Time:  10:00 a.m. |

### Order Authorizing Trustee to Employ Attorneys

THIS CAUSE comes before this Court on the Trustee's Application to Employ Joseph A.

Baldi and the law firm of Joseph A. Baldi & Associates, P.C. as attorneys for Trustee and the

affidavit of Joseph A. Baldi in support thereof; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Jay A. Steinberg, as trustee of the estate of Josephine

Galloway, debtor, is authorized to employ Joseph A. Baldi and the law firm of Joseph A. Baldi &

Associates, P.C. to act as counsel for the Trustee, with compensation to be paid in such

amounts as may be allowed by this Court upon proper application therefor.

Dated: May 28, 2008

ENTER:

Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

MAY 28 2008

Joseph A. Baldi
Attorney ID No. 00100145
Donna B. Wallace
Attorney ID No. 6200260
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street   Suite 1500
Chicago, IL  60603
(312) 726-8150

**Baldi & Associates**
**Final Fee Application**

**Josephine Galloway**
**Case No. 07-18474**

**Professional Qualifications**

**Exhibit B**

## Baldi & Associates

<u>Joseph A. Baldi</u>

Joseph A. Baldi is the principal shareholder of Baldi & Associates. Prior to establishing his own law firm, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he was the Practice Group Chair of the Bankruptcy, Reorganization and Creditors' Rights Practice Group. Mr. Baldi has broad experience in insolvency matters, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors.

Mr. Baldi's extensive experience in the field of bankruptcy includes the representation of creditors, debtors, bankruptcy trustees and creditor committees. Mr. Baldi has represented a variety of lenders, including banks, life insurance companies and other secured creditors in bankruptcy courts throughout the country. Mr. Baldi has represented debtors and bankruptcy trustees in both chapter 7 and chapter 11 cases involving real estate partnerships, restaurants, software vendors, trucking companies, construction firms and gas production facilities.

Mr. Baldi has been a member of the panel of private trustees appointed by the United States Trustee's Office for the Northern District of Illinois since 1988. He has operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, a retirement home and an industrial real estate partnership. Mr. Baldi has also liquidated a broad range of business entities as a chapter 7 trustee, including law firms, distributorships, retail firms and construction companies.

In addition to his experience in private practice, Mr. Baldi spent five years employed by the United States Trustee's Office in Chicago, Illinois where he supervised some of the largest Chapter 11 cases pending in the Northern District of Illinois. While at the U.S. Trustee's office, Mr. Baldi was responsible for the U.S. Trustee's program which monitors chapter 7 panel trustees.

Mr. Baldi is admitted to practice before the Supreme Court of Illinois, the United States District Courts for the Northern District of Illinois, the Eastern District of Wisconsin, the Northern District of Indiana and the Eastern District of Michigan and the Seventh Circuit Court of Appeals. Mr. Baldi is a member of the Bankruptcy and Reorganizations Committee of the Chicago Bar Association and American Bar Associations, the American Bankruptcy Institute and the National Association of Bankruptcy Trustees. Mr. Baldi has also actively participated in the Mediation and Local Rules subcommittees of the Chicago Bar Association's Bankruptcy and Reorganizations Committee. In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois as a member of his local elementary school board and a Park Ridge alderman.

Mr. Baldi received his Juris Doctor, *cum laude,* from DePaul University, Chicago, Illinois and received his Bachelor of Arts degree from Western Illinois University in Psychology.

## Baldi & Associates

<u>Donna B. Wallace</u>

Donna B. Wallace is an Associate of the firm whose expertise is in representing debtors, creditors and trustees in chapter 7, 11 and 13 proceedings. Prior to attaining her law degree, Mrs. Wallace spent fourteen years in Accounting and Finance with Rockwell International. In her last position with Rockwell, Mrs. Wallace was a Business Segment Controller where she supervised a joint venture with a Japanese Company. After graduating from law school, Mrs. Wallace joined the Bankruptcy Group at Rosenthal and Schanfield; she later joined the firm of Rathje Woodward Dyer and Burt in Wheaton, Illinois where she concentrated in bankruptcy and commercial litigation.

Mrs. Wallace is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a certified mediator and arbitrator.

Mrs. Wallace received her Juris Doctor, *with highest distinction,* from The John Marshall Law School in Chicago. At John Marshall, she received the Wall Street Journal Business Planning Award, was a member of the Law Review which published her comment on the topic of lenders liability and was elected to the Order of John Marshall. Mrs. Wallace received an undergraduate degree in Economics and a Masters Degree in Business Administration.

Mrs. Wallace has served as a part-time member of the accounting and law faculties at various colleges including College of DuPage, MacCormac College, and Roosevelt University and was Associate Professor of Paralegal Studies at Northwestern Business College prior to joining the firm.

## Baldi & Associates

<u>Elizabeth C. Berg</u>

Elizabeth C. Berg is an Associate of the firm and her expertise is in representing bankruptcy trustees and creditors in both chapter 7 and chapter 11 bankruptcies. Mrs. Berg has represented and worked with Mr. Baldi since his appointment to the panel of private trustees in 1988. Mrs. Berg also has experience representing lenders, borrowers and receivers in commercial foreclosure actions.

Prior to her graduation from law school in 1989, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending and bankruptcy.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Illinois State Bar Association.

Mrs. Berg received her Juris Doctor from Loyola University School of Law where she was the recipient of the Lawyers Cooperative Publishing Company's American Jurisprudence Award for Excellent Achievement in the Study of Bankruptcy. She received her certification as a paralegal from Roosevelt University in Chicago, Illinois and received her Bachelor of Arts degree from Brown University in French Language and Culture.

In addition to practicing law, Mrs. Berg has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants.

**Baldi & Associates**
**Final Fee Application**

Josephine Galloway
Case No. 07-18474

**Billing Statements**

**Exhibit C**

**Joseph A. Baldi & Associates, P. C.**
**19 S. LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

**Phone:** (312) 726-8150
**Fax:**    (312) 726-5067

**FEIN:** 36-4352753

*Invoice submitted to:*

July 8, 2009
Invoice No:   1257

Jay Steinberg, Trustee
Jay Steinberg, Trustee
19 South LaSalle Street
Suite 1500
Chicago, ILLINOIS 60603

## Consolidated Summary

|  | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| *Steinberg - Galloway: General Administration* | | | | | | | |
|  | 10.00 | $3,010.00 | $0.00 | $3,010.00 | $0.00 | $0.00 | $3,010.00 |
| *Steinberg - Galloway: Sale of Real Estate* | | | | | | | |
|  | 13.90 | $5,007.00 | $25.25 | $5,032.25 | $0.00 | $0.00 | $5,032.25 |
| Balance Due | 23-90 | $8,017.00 | 25.25 | $8,042.25 | | | $8,042.25 |

**Joseph A. Baldi & Associates, P. C.**                                   7/08/2009

Steinberg - Galloway: General Administration                    Page    2

---

**In Reference to:**   *Steinberg - Galloway: General Administration*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 5/20/2008 | DBW | prepare. file & serve motion to employ Baldi & Associates as counsel for trustee | 0.60 $300.00/ hr | $180.00 |
| 5/20/2008 | JAB | TC from trustee re retention, status of case. (.3)  Review case. docket, offers to purchase. status of real property. claims. (1.0) TC to Rummler re possible offer for real estate. (.3) TC to debtor's attorney re claims (.2) E-mail to trustee with case analysis. suggestion regarding negotiations.  TC with Trustee re same.  (.4) | 2.20 $400.00/ hr | $880.00 |
| 5/28/2008 | DBW | appear on Motion to Employ Baldi & Associates | 0.40 $300.00/ hr | $120.00 |
| 10/15/2008 | JAB | Review e-mails from client re settlement, TC to trustee re same. (.4)  Confer with DBW re claims. bar date. late claim by one creditor. effect on settlement.  Review file, e-mail to Trustee re issue raised and appropriate response. | 1.00 $400.00/ hr | $400.00 |
| 1/26/2009 | ECB | Review docket and revise service list (.3) Prep motion, affidavit and order to hire accountants (.7) Email to L. West re execution of affidavit (.1) | 1.10 $250.00/ hr | $275.00 |
| 1/26/2009 | JAB | TC with L West re tax returns. retention for same.  Confer with ECB re retention of accountant. | 0.40 $400.00/ hr | $160.00 |
| 2/04/2009 | ECB | Attend Court on Motion to Hire Accountants | 0.30 $250.00/ hr | $75.00 |
| 6/30/2009 | JAB | Confer with ECB on preparation of final report. status of sale and withdrawal of Miller claim.  TC to attorney re same. | 0.50 $425.00/ hr | $212.50 |
| 7/08/2009 | ECB | Review and edit B&A Fee Application | 0.50 $275.00/ hr | $137.50 |
| 7/08/2009 | RKP | Prepare B&A Final Fee Application (1.5): coversheet, affidavit and proposed order (.3): review and edit same (.4): prepare Popowcer Fee Application (.5): proposed order. coversheet and affidavit (.3). | 3.00 $190.00/ hr | $570.00 |

| | | Total Hours | 10.00 | Total Fees | $3.010.00 |
|--|--|-------------|-------|------------|-----------|

**Joseph A. Baldi & Associates, P. C.**

7/08/2009

Steinberg - Galloway: General Administration

Page    3

| | |
|---|---:|
| Total New Charges | $3,010.00 |
| Previous Balance | $0.00 |
| Balance Due | $3,010.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 1.00 | $300.00 |
| Elizabeth C Berg | 1.40 | $250.00 |
| Elizabeth C Berg | 0.50 | $275.00 |
| Joseph A Baldi | 3.60 | $400.00 |
| Joseph A Baldi | 0.50 | $425.00 |
| Ricki K Podorovsky | 3.00 | $190.00 |

**Joseph A. Baldi & Associates, P. C.**                                    7/08/2009

Steinberg - Galloway: Sale of Real Estate                               Page    4

---

**In Reference to:**    *Steinberg - Galloway: Sale of Real Estate*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 7/18/2008 | JAB | Review and respond to e-mail from Rummler re offer to purchase, claims analysis, potential sale price. (.5) Confer with broker and obtain comparable sales information on property, review same. (.5) | 1.00 $400.00/ hr | $400.00 |
| 10/10/2008 | JAB | TC and e-mails to trustee re offer to settle, acceptance of same. | 0.50 $400.00/ hr | $200.00 |
| 10/14/2008 | DBW | Review documents re drafting settlement agreement with Michael Miller | 0.60 $300.00/ hr | $180.00 |
| 10/14/2008 | JAB | E-mail to Rummler re status of settlement, preparation of motion. | 0.40 $400.00/ hr | $160.00 |
| 10/15/2008 | DBW | Draft Motion to Sell Estate's right title and interest in real property (1.2), order (.2) and notice to creditors (.4) | 1.80 $300.00/ hr | $540.00 |
| 10/15/2008 | JAB | TC with client re claims issue, tc to Rummler re same. (.4) Exchange e-mails with Rummler re offer and modification of same. (.6) | 1.00 $400.00/ hr | $400.00 |
| 10/16/2008 | JAB | Review and respond to e-mail counteroffer from Rummler, forward same to Trustee for review. | 0.50 $400.00/ hr | $200.00 |
| 10/27/2008 | DBW | Revise Motion and Notice to reflect new terms between the parties | 0.30 $300.00/ hr | $90.00 |
| 12/17/2008 | DBW | Respond to e-mail from Rummler re status of motion (.1), revise Motion, Notice and Order to reflect change in agreement (.4), cf with Ms. Mason re serving notice, filing certificate of service (.1) | 0.60 $300.00/ hr | $180.00 |
| 1/13/2009 | JAB | Appear on behalf of trustee re Galloway - Motion to Sell | 0.60 $400.00/ hr | $240.00 |
| 2/09/2009 | JAB | Follow up on closing for sale of property (.2). TC to attorney for Miller (.3). | 0.50 $400.00/ hr | $200.00 |
| 2/20/2009 | JAB | TC with real estate attorney re closing, tax issues (.3). TC to trustee re same (.5). Review claims docket, review tax records (.2). TC to Miller attorney re agreement, reliance on prior title commitment, late claim filed by Miller (.5). | 1.50 $400.00/ hr | $600.00 |

**Joseph A. Baldi & Associates, P. C.** 7/08/2009

Steinberg - Galloway: Sale of Real Estate Page 5

| | | | | |
|---|---|---|---|---|
| 3/06/2009 | JAB | TC from attorney for buyer re status of taxes, payment of same. | 0.30<br>$400.00/ hr | $120.00 |
| 3/09/2009 | JAB | Review fax from real estate attorney for Miller, TC to Trustee re execution of documents. (.3) Prepare deed and power of attorney, fax to real estate attorney for review. (.7) | 1.00<br>$400.00/ hr | $400.00 |
| 4/07/2009 | JAB | TC with attorney for buyer on property sale (.2). Review file, prepare transfer declaration (.8). | 1.00<br>$425.00/ hr | $425.00 |
| 4/08/2009 | ECB1 | Revise and finalize tax transfer declarations for RE closing (.2) Proof deed and legal description for same (.1) | 0.30<br>$190.00/ hr | $57.00 |
| 4/08/2009 | JAB | Confer with ALD re preparation of transfer declarations (.1). Prepare and forward letter transmitting documents for closing (.3). Review and execute document on behalf of trustee (.6) | 1.00<br>$425.00/ hr | $425.00 |
| 4/15/2009 | RKP | Prepare report of sale | 0.50<br>$190.00/ hr | $95.00 |
| 4/20/2009 | RKP | Finalize report of sale for filing (.40); prepare notice of filing of same (.10); file report of sale with Court. | 0.50<br>$190.00/ hr | $95.00 |

| | | | |
|---|---|---|---|
| Total Hours | 13.90 | Total Fees | $5,007.00 |

**Joseph A. Baldi & Associates, P. C.**                                    7/08/2009

Steinberg - Galloway: Sale of Real Estate                              Page   6

### Expenses

| Start Date | Code | Description | Quantity | Charges |
|---|---|---|---|---|
| 4/07/2009 | COPY | Certified Copy of Sale Order | 1.00 @ $9.10/each | $9.10 |
| 4/22/2009 | OVERNIGHT | Closing Dox to Title Company | 1.00 @ $16.15/each | $16.15 |
| | | Total Expenses | | $25.25 |

| | |
|---|---|
| Total New Charges | $5.032.25 |
| Previous Balance | $0.00 |
| Balance Due | $5,032.25 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 3.30 | $300.00 |
| Elizabeth (1) C Berg | 0.30 | $190.00 |
| Joseph A Baldi | 7.30 | $400.00 |
| Joseph A Baldi | 2.00 | $425.00 |
| Ricki K Podorovsky | 1.00 | $190.00 |

**Baldi & Associates**
**Final Fee Application**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case 07-18474 |
| Josephine Galloway, | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| Debtor. | ) | |

**Rule 2016 Affidavit**

| | |
|---|---|
| State of Illinois | ) |
| County of Cook | ) |

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1.      I am the principal of Joseph A. Baldi & Associates and am authorized to execute this affidavit on behalf of Joseph A. Baldi & Associates.

2.      I have read the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Joseph A. Baldi & Associates, Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Joseph A. Baldi & Associates has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.      A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4.      Joseph A. Baldi & Associates has not previously received payment of any compensation for services rendered or reimbursement for expenses incurred in connection with this case. Joseph A. Baldi & Associates has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Joseph A. Baldi & Associates.

5.      Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
On July 10, 2009

_____
Notary Public

OFFICIAL SEAL
ELIZABETH C. BERG
Notary Public - State of Illinois
My Commission Expires Jun 16, 2012

**Exhibit D**