Hearing Date:   December 29, 2009
Hearing Time:   10:30 AM
Location:       219 S. Dearborn St., Courtroom 642
                Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
GALLOWAY, JOSEPHINE                 §     Case No. 07-18474
                                    §
         Debtor(s)                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JAY A. STEINBERG, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
         Clerk of the U.S. Bankruptcy Court
         No. District of Illinois, Eastern Div.
         219 S. Dearborn Street
         7th Floor
         Chicago   IL  60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
         10:30 a.m.
         on December 29, 2009
         in Courtroom 642, U.S. Courthouse
         219 S. Dearborn St., Chicago, IL

  If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/24/2009              By: Kenneth S. Gardner
                                          Clerk of the United States Bankruptcy
                                                       Court

Jay A. Steinberg, Trustee, 35 E. Wacker Dr.  #1550, Chicago  IL  60601

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

Hearing Date: December 29, 2009
Time: 10:30 AM
Location: Courtroom 642
219 S. Dearborn St.
Chicago IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
GALLOWAY, JOSEPHINE § Case No. 07-18474
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 92,003.26 |
| *and approved disbursements of* | $ | 71,572.87 |
| *leaving a balance on hand of*[1] | $ | 20,430.39 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: JAY A. STEINBERG, TRUSTEE | $ 7,850.00 | $ 0.00 |
| Attorney for trustee: Joseph Baldi & Associates | $ 8,017.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Popowcer & Katten, Ltd. | $ 1,096.50 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

|       *Reason/Applicant*       |    *Fees*   |  *Expenses*  |
| ------------------------------ | ----------- | ------------ |
| *Fees:*                        | $           | $            |
| *Other: Joseph A. Baldi & Associates* | $   0.00 | $   25.25 |
| *Other:*                       | $           | $            |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|       *Reason/Applicant*  |  *Fees*  |  *Expenses*  |
| ------------------------- | -------- | ------------ |
| *Attorney for debtor:*    | $        | $            |
| *Attorney for:*           | $        | $            |
| *Accountant for:*         | $        | $            |
| *Appraiser for:*          | $        | $            |
| *Other:*                  | $        | $            |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
| -------------- | ---------- | ----------------------- | ------------------ |
|                |            | $                       | $                  |
|                |            | $                       | $                  |
|                |            | $                       | $                  |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,499.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Merrick Bank | $ 2,133.84 | $ 544.02 |
| 000002 | Recovery Mgmt Systems Corp GEMB/Walmart | $ 1,688.23 | $ 430.41 |
| 000003 | RECOVERY MGMT SERVICES CORP GEMB/JCP | $ 2,891.31 | $ 737.13 |
| 000004 | TARGET NATIONAL BANK | $ 4,181.15 | $ 1,065.98 |
| 000005 | Chase Bank USA, NA | $ 185.37 | $ 47.26 |
| 000006 | LVNV Funding LLC for WA MU | $ 2,086.76 | $ 532.02 |
| 000007 | LVNV Funding LLC for Citibank | $ 332.71 | $ 84.82 |

Tardily filed claims of general (unsecured) creditors totaling $ 88,328.22 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000008A | Michael Miller | $ 85,789.00 | $ 0.00 |
| 000009 | eCAST Settle Corp assignee of HSBC | $ 2,539.22 | $ 0.00 |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Jay A. Steinberg_____
  Trustee

JAY A. STEINBERG, TRUSTEE
35 EAST WACKER
SUITE 1550
CHICAGO, IL 60601-0000

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: driddick              Page 1 of 2                  Date Rcvd: Nov 30, 2009
Case: 07-18474                Form ID: pdf006             Total Noticed: 46


The following entities were noticed by first class mail on Dec 02, 2009.
db           +Josephine Galloway,   6911 S. Crandon,   Chicago, IL 60649-1735
aty          +Donna B Wallace,   Joseph A Baldi & Associates, PC,   19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Elizabeth C Berg,   Joseph A. Baldi & Associates,   19 S Lasalle Street, , Suite 1500,
               Chicago, IL 60603-1413
aty          +Joseph A Baldi,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Melvin J Kaplan,   Melvin J Kaplan & Associates,    55 E Jackson Blvd Suite 650,
               Chicago, IL 60604-4457
tr           +Jay A Steinberg, ESQ,   35 E. Wacker Drive, Suite 1550,   Chicago, IL 60601-2124
11687770      Ameriquest,   POB 691147,   Orlando FL 32869-1147
11770953     +Applied Card Bank,   PO Box 17125,   Wilmington DE 19850-7125
11661299      Aspire,   Correspondence,   P.O. Box 105555,   Atlanta, GA 30348-5555
11770954     +BP,   PO Box 15298,   Wilmington DE 19850-5298
11770955     +Capital One Bank,   PO Box 790216,   St Louis MO 63179-0216
11770952     +Capital One Platinum,   Capital One Bank,   PO Box 60024,   City of Industry CA 91716-0024
11975081      Chase Bank USA, NA,   PO BOX 15145,   Wilmington, DE 19850-5145
11687804     +City of Chicago,   c/o Corporation Counsel,   30 N LaSalle Ste 800,   Chicago Il 60602-3542
11661300     +Credit One Bank,   P.O. Box 98873,   Las Vegas, NV 89193-8873
11687771     +Equity One Inc,   c/o Codilis & Assoc PC,   15W030 N Frontage Rd,
               Willowbrook/Burr Ridge IL 60527-6921
11687772     +GMAC Mortgage,   3451 Hammond Ave,   POB 780,   Waterloo IA 50704-0780
11687808     +GMAC Mortgage,   c/o Codilis & Assoc PC,   15W030 N Frontage Rd Ste 100,
               Burr Ridge IL 60527-6921
11687805     +HSBC,   1441 Schilling Pl,   Salinas CA 93901-4543
11661302     +HSBC Card Services,   P.O. Box 88000,   Baltimore, MD 21288-0001
11661303     +HSBC Mortgage,   P.O. Box 2393,   Brandon, FL 33509-2393
11661304     +HSBC Mortgage,   P.O. Box 17580,   Baltimore, MD 21297-1580
11687768     +HSBC Mortgage,   c/o Freedman Anselmo Lindberg & Rappe,   1807 W Diehl Rd Ste 333,   POB 3107,
               Naperville IL 60566-7107
11687775     +Harris, Wanda,   c/o Harvey L Wainer & Assoc,   123 N Wacker Ste 880,   Chicago Il 60606-1775
11661305     +Merrick Bank,   P.O. Box 9201,   Old Bethpage, NY 11804-9001
11790509      Merrick Bank,   c o Weinstein and Riley, PS,   po box 3978,   seattle, WA 98124-3978
11687769     +Michael J Miller,   1029 Cambridge Lane,   Schereville IN 46375-1463
12213601     +Michael Miller,   c/o Springer Brown Covey Gaertner & Davi,   Wheaton Executive Center,
               400 South County Farm Road,   Suite 330,   Wheaton, IL 60187-4547
11687806      Orchard Bank/HSBC Card Svcs,   POB 88000,   Baltimore MD 21288-0001
11661306      Saxon Mortgage,   P.O. Box 961106,   Fort Worth, TX 76161-0106
11687828     +Saxon Mortgage,   c/o Freedman Anselmo Lindberg & Rappe,   1807 W Diehl Rd Ste 333,   POB 3107,
               Naperville IL 60566-7107
11661307     +SunTrust Mortgage, Inc.,   c/o Pierce & Associates,   1 N. Dearborn, Ste. 1300,
               Chicago, IL 60602-4331
11939072     +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11661308     +Target National Bank,   P.O. Box 59317,   Minneapolis, MN 55459-0317
11687807     +Washington Mutual,   POB 79035,   Phoenix AZ 85062-9035
11661309     +Wells Fargo,   1 International Plaza Suite 300,   Philadelphia PA 19113-1512
11661310      Wells Fargo Financial,   9620 S. Roberts Road,   Hickory Hills, IL 60457-2238
13518752      eCAST Settlement Corporation assignee of,   HSBC Bank NA Direct Merchants,   Credit Card Bank NA,
               POB 35480,   Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Nov 30, 2009.
11687774     +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2009 00:09:29      GEMB/Walmart,   POB 981400,
               El Paso TX 79998-1400
11661301      E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2009 00:09:29      Gemb/JC Penny,   P.O. Box 981402,
               El Paso, TX 79998-1402
11687773     +Fax: 732-352-7538 Nov 30 2009 22:33:50      HSBC Mortgage,   2929 Walden Ave,
               Depew NY 14043-2690
12125716      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Washington Mutual,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12125726      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11833842      E-mail/PDF: rmscedi@recoverycorp.com Dec 01 2009 00:09:30
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11933518     +E-mail/PDF: rmscedi@recoverycorp.com Dec 01 2009 00:09:30
               Recovery Management Systems Corporation,   For GE Money Bank,   dba WALMART,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11933519     +E-mail/PDF: rmscedi@recoverycorp.com Dec 01 2009 00:09:30
               Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                               TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11770956      Exxon MObil,   Credit Card Center,   PO Box 688940
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: driddick              Page 2 of 2              Date Rcvd: Nov 30, 2009
Case: 07-18474                 Form ID: pdf006             Total Noticed: 46
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2009**                    **Signature:**    _/s/ Joseph Speetjens_