# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                §
                                      §
GALLOWAY, JOSEPHINE                   §        Case No. 07-18474
                                      §
          Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAY A. STEINBERG, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on               .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JAY A. STEINBERG, TRUSTEE _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Equity One |  |  |  |  |  |
| GMAC Mortgage |  |  |  |  |  |
| HSBC |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HSBC | | | | | |
| Michael Miller | | | | | |
| Saxon | | | | | |
| Sun Trust | | | | | |
| Wells Fargo | | | | | |
| MICHAEL MILLER | | | | | |
| MICHAEL MILLER | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEINBERG, TRUSTEE | | | | | |
| FIRST AMERICAN TITLE AS SETTLEMENT | | | | | |
| JOSEPH A. BALDI & ASSOCIATES | | | | | |
| JOSEPH A. BALDI & ASSOCIATES | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ameriquest | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Applied Card Bank | | | | | |
| Aspire | | | | | |
| Capital One Bank | | | | | |
| Capital One Bank | | | | | |
| Capital One Platinum | | | | | |
| City of Chicago | | | | | |
| Credit One Bank | | | | | |
| Credit One Bank | | | | | |
| Exxon Mobile | | | | | |
| GEMB/Walmart | | | | | |
| HSBC Card Serv. | | | | | |
| Harris, Wanda | | | | | |
| Orchard Bank/HSBC | | | | | |
| Wells Fargo | | | | | |
| CHASE BANK USA, NA | | | | | |
| LVNV FUNDING ASSIGNEE OF CITIBANK | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LVNV FUNDING ASSIGNEE OF WAMU | | | | | |
| MERRICK BANK | | | | | |
| REC MGMT SYST FOR GEMB/JCP | | | | | |
| RECOVERY MGMT SYS CORP GEMB/WALMART | | | | | |
| TARGET NATIONAL BANK | | | | | |
| ECAST SETTLEMENT ASSIGNEE HSBC | | | | | |
| MICHAEL MILLER | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 07-18474 | SPS | Judge: SUSAN PIERSON SONDERBY |
|---|---|---|---|
| Case Name: | GALLOWAY, JOSEPHINE | | |

For Period Ending:  05/10/10

| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 10/08/07 (f) |
| 341(a) Meeting Date: | 11/13/07 |
| Claims Bar Date: | 05/05/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Sigle Family Home Located at 11548 S. LaSalle, Chi | 145,000.00 | 0.00 | | 0.00 | FA |
| 2. Single Family Home Located at 1357 112 th Street, | 195,000.00 | 0.00 | | 0.00 | FA |
| 3. Single Family Home Located at 9131 S. Racine, Chic | 100,000.00 | 0.00 | | 0.00 | FA |
| 4. Single Family Home Located at 11356 S. Throop, Chi | 140,000.00 | 92,000.00 | | 92,000.00 | FA |
| 5. Checking Account - Shore Bank | 100.00 | 0.00 | | 0.00 | FA |
| 6. Checking Account - Chase Bank | 200.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous Household Goods and Firnishings | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. Necessary Clothing and Wearing Apparel | 900.00 | 0.00 | | 0.00 | FA |
| 9. 2002 GMC Envoy | 8,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.63 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $590,400.00 | $92,000.00 | | $92,004.63 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pursuant to Court order January 14, 2009, Trustee sold the Estate's interest in the Throop Street real estate to the

Estate's largest creditor (Michael Miller) for $22,500 in cash to the Estate and $69,500 in settlement of Miller's claim

against the Estate.  On account of the sale, Trustee recovered net proceeds of $20,427.13 representing gross sale price

of $92,000, less settlement of Miller's claim $69,500 and $2,072.87 for real estate taxes on property.  Trustee

reviewed claims, filed final report and made final distribution in January 2010.  Checks cleared in early February  Will

file final account and close case upon receipt of zero balance bank statement in March 2010.

Initial Projected Date of Final Report (TFR): 12/31/09          Current Projected Date of Final Report (TFR): 12/31/09

Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-18474 -SPS |
| Case Name: | GALLOWAY, JOSEPHINE |

| | |
|---|---|
| Taxpayer ID No: | *******8959 |
| For Period Ending: | 05/10/10 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2359  BofA - Money Market Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/15/09 | 4 | First American Title Insurance Company | | | 20,427.13 | | 20,427.13 |
| | | 16325 S. Harlem Avenue,  1st Floor | | | | | |
| | | Tinely Park,   IL   60477 | | | | | |
| | | FIRSTAM | Memo Amount:          92,000.00 | 1110-000 | | | |
| | | | Appraised value of real estate transferred to M. Miller pursuant to Court order January 14, 2009 | | | | |
| | | FIRST AMERICAN TITLE AS SETTLEMENT | Memo Amount:     (      2,072.87 ) | 2820-000 | | | |
| | | | REAL ESTATE TAXES | | | | |
| | | MICHAEL MILLER | Memo Amount:     (      69,500.00 ) | 4110-000 | | | |
| | | | Equity in Real Estate | | | | |
| | | | Retained in settlement of secured claim asserted by M. Miller per Court order 1/14/09 | | | | |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 20,427.31 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.52 | | 20,427.83 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 20,428.34 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.52 | | 20,428.86 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.52 | | 20,429.38 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 20,429.88 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 20,430.39 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 20,430.90 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.52 | | 20,431.42 |
| 01/21/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.34 | | 20,431.76 |
| 01/21/10 | | Transfer to Acct #*******2401 | Final Posting Transfer | 9999-000 | | 20,431.76 | 0.00 |
| | | | Post final interest and transfer funds to checking account for final distribution.  ecb  January 21, 2010, 04:24 pm | | | | |

Ver: 15.08

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-18474  -SPS |
| Case Name: | GALLOWAY, JOSEPHINE |
| Taxpayer ID No: | *******8959 |
| For Period Ending: | 05/10/10 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2359  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 92,000.00 | | | |
| Memo Allocation Disbursements: | 71,572.87 | | | |
| Memo Allocation Net: | 20,427.13 | | | |

| Account  *******2359 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 20,427.13 | 0 | Checks | 0.00 |
| 10 | Interest Postings | 4.63 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 20,431.76 |
| | Subtotal | $  20,431.76 | | | |
| 0 | Adjustments In | 0.00 | | Total | $  20,431.76 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $  20,431.76 | | | |

FORM 2  Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 07-18474 -SPS | |
| Case Name: | GALLOWAY, JOSEPHINE | |
| Taxpayer ID No: | *******8959 | |
| For Period Ending: | 05/10/10 | |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2401 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Account / CD Balance ($) |
| | | | | | Disbursements ($) | |
| | | | BALANCE FORWARD | | | 0.00 |
| 01/21/10 | | Transfer from Acct #*******2359 | Transfer In From MMA Account Post final interest and transfer funds to checking account for final distribution.  ecb  January 21, 2010, 04:24 pm | 9999-000 | 20,431.76 | 20,431.76 |
| 01/21/10 | 003001 | Jay A. Steinberg, Trustee 35 East Wacker Drive Suite 1550 Chicago IL 60601 | TRUSTEE COMPENSATION | 2100-000 | 5,400.00 | 15,031.76 |
| 01/21/10 | 003002 | Joseph Baldi & Associates 19 S. LaSalle St. #1500 Chicago  IL  60603 | Trustee's Attorney's Fees Final Compensation | 3210-000 | 8,017.00 | 7,014.76 |
| 01/21/10 | 003003 | Joseph A. Baldi & Associates 19 S. LaSalle St. #1500 Chicago  IL  60603 | Attorney for Trustee Expenses (Othe | 3220-000 | 25.25 | 6,989.51 |
| 01/21/10 | 003004 | Popowcer & Katten, Ltd. Attn:  Lois West 35 East Wacker Drive #1550 Chicago  IL  6601 | TR Accountant's Fees | 3410-000 | 1,096.50 | 5,893.01 |
| 01/21/10 | 003005 | Merrick Bank c/o Weinstein and Riley, PS PO Box 3978 seattle, WA 98124-3978 | Claim 000001, Payment 43.65% | 7100-000 | 931.51 | 4,961.50 |
| 01/21/10 | 003006 | Recovery Mgmt Systems Corp GEMB/Walmart For GE Money Bank dba WALMART 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Claim 000002, Payment 43.65% | 7100-000 | 736.98 | 4,224.52 |
| 01/21/10 | 003007 | RECOVERY MGMT SERVICES CORP GEMB/JCP For GE Money Bank | Claim 000003, Payment 43.65% | 7100-000 | 1,262.17 | 2,962.35 |

Page:   4

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-18474 -SPS | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | GALLOWAY, JOSEPHINE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2401 BofA - Checking Account |
| Taxpayer ID No: | *******8959 | | | |
| For Period Ending: | 05/10/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | dba JCPENNEY CREDIT SERVICES | | | | | |
| | | 25 SE 2nd Ave Ste 1120 | | | | | |
| | | Miami FL 33131 | | | | | |
| 01/21/10 | 003008 | TARGET NATIONAL BANK | Claim 000004, Payment 43.65% | 7100-000 | | 1,825.24 | 1,137.11 |
| | | c/o WEINSTEIN AND RILEY, PS | | | | | |
| | | 2001 WESTERN AVENUE, STE 400 | | | | | |
| | | SEATTLE, WA 98121 | | | | | |
| 01/21/10 | 003009 | Chase Bank USA, NA | Claim 000005, Payment 43.65% | 7100-000 | | 80.92 | 1,056.19 |
| | | PO BOX 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 01/21/10 | 003010 | LVNV Funding LLC for WA MU | Claim 000006, Payment 43.65% | 7100-000 | | 910.95 | 145.24 |
| | | as assignee of Washington Mutual | | | | | |
| | | Resurgent Capital Services | | | | | |
| | | PO Box 10587 | | | | | |
| | | Greenville, SC 29603-0587 | | | | | |
| 01/21/10 | 003011 | LVNV Funding LLC for Citibank | Claim 000007, Payment 43.65% | 7100-000 | | 145.24 | 0.00 |
| | | assignee of Citibank | | | | | |
| | | Resurgent Capital Services | | | | | |
| | | PO Box 10587 | | | | | |
| | | Greenville, SC 29603-0587 | | | | | |

FORM 2                                                                      Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                          **Exhibit 9**

| Case No: | 07-18474  -SPS | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | GALLOWAY, JOSEPHINE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2401  BofA - Checking Account |
| Taxpayer ID No: | *******8959 | | |
| For Period Ending: | 05/10/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |
|---|---|
| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

**Account  *******2401**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 0 | Balance Forward | 0.00 |  |  |  |  |
| 0 | Deposits | 0.00 | 11 | Checks | 20,431.76 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 20,431.76 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 20,431.76 | | | |
| | Total | $ 20,431.76 | | | |

|  |  |
|---|---|
| Total Allocation Receipts: | 92,000.00 |
| Total Allocation Disbursements: | 71,572.87 |
| Total Memo Allocation Net: | 20,427.13 |

**Report Totals**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 20,427.13 | 11 | Checks | 20,431.76 |
| 10 | Interest Postings | 4.63 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 20,431.76 |
| | Subtotal | $ 20,431.76 | | | |
| | | | | Total | $ 40,863.52 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 20,431.76 | | | |
| | Total | $ 40,863.52 | | Net Total Balance | $ 0.00 |

**UST Form 101-7-TDR (9/1/2009)** *(Page: 13)*

Ver: 15.08